# EXHIBIT C



**FILED**

OCT 12 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CARL A. WESCOTT
8210 E. VIA DE LA ESCUELA
SCOTTSDALE AZ 85258
CARLWSOJ@GMAIL.COM
*IN PROPRIA PERSONA*
+1 936 937 2688

# UNITED STATES DISTRICT COURT
## DISTRICT OF ILLINOIS
## EASTERN DISTRICT

| | |
|---|---|
| CARL A. WESCOTT, | Civil Action No. **1:22-cv-00442** |
| Plaintiff, | **PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| UNITED AIRLINES;<br>DEUTSCHE LUFTHANSA AG;<br>DOWNTOWN MEDICAL GROUP, | |
| Defendants. | |
| + DOES 1 through 10 | |

Plaintiff Carl A. Wescott, proceeding *pro se*, hereby dismisses United Airlines without prejudice.

RESPECTFULLY SUBMITTED on September 26th, 2022

_____
Carl A. Wescott, *pro se*

1

564670X1490X1330XPRI
CARL A WESCOTT
8210 E Via de la Escuela
Scottsdale, AZ 85258



First Class
Accepted:
9/30/22, 12:55 AM (EDT-04:00)

6***************AUTO**MIXED AADC 480

Clerk of the Court, United States Distri
Everett McKinley Dirksen United States C
219 S Dearborn St
Chicago, IL 60604-1702

## Document Information:

1 page in the enclosed document

1 single sided sheet of paper

*This page was added by Docsmit and is not part of the document from the sender, which starts on the next page.*