**FILED**

MAY 10 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1    CARL A. WESCOTT
     8210 E. VIA DE LA ESCUELA
2    SCOTTSDALE AZ 85258
     CARLWESCOTT08@GMAIL.COM
3    *IN PROPRIA PERSONA*
     +1 276 773 7377
4

5            **UNITED STATES DISTRICT COURT**

6           **NORTHERN DISTRICT OF ILLINOIS**

7                    **EASTERN DIVISION**

8

9    CARL A. WESCOTT,                    Civil Action No. **23-cv-16178**

10                  Plaintiff,           **PLAINTIFF'S DISMISSAL WITHOUT PREJUDICE**

11          vs.

12   UNITED AIRLINES;

13                  Defendants.

14

15

16        Plaintiff Carl A. Wescott, proceeding *pro se,* hereby dismisses Defendant United Airlines

17   without prejudice.

18        (Apparently United Airlines has filed a Motion to Dismiss, but they've never served the

19   Plaintiff, and their attorneys refuse to communicate or respond to communications, so the Plaintiff

20   is left with no choice but to dismiss United Airlines without prejudice)

21

22   RESPECTFULLY SUBMITTED on May 2nd, 2024

23

24                                        *Carl A. Wescott*

25                                        CARL A. WESCOTT, *pro se*

26

1

748433X113X81XPRI
Carl Wescott
1115 Willow Avenue
Hoboken, NY 07030



**First Class**
Accepted:
5/2/24, 5:56 PM (EDT-04:00)

1••••••••••••••••••••••••••••SNGLP 480

Clerk of the Court
United States District Court
219 S Dearborn St
Chicago, IL 60604

## Document Information:

1 page in the enclosed document

1 single sided sheet of paper

*This page was added by Docsmit and is not part of the document from the sender, which starts on the next page.*

RECEIVED

2024 MAY 10  AM 8:44



Presorted
First-Class Mail
U.S. Postage Paid
C2M LLC
22202